

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00011-CR

Romeo Alberto **IBANEZ-BARRERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. 21-CR-25
Honorable Jose Luis Garza, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED March 12, 2025.

Lori I. Valenzuela, Justice